**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 21 MM 2023

        Respondent            :

                v.                     :

RONALD WHEELER,                 :

        Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2023, the "Application for Court to Assume Plenary Jurisdiction" is DENIED.